**Electronically Filed
Supreme Court
SCWC-11-0000618
10-JAN-2012
08:53 AM**

NO. SCWC-11-0000618

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DONNA C. EDWARDS, Respondent/Plaintiff-Appellee,

vs.

GLENN K. MIZUKAMI, Petitioner/Defendant-Appellant,

and

AMERIQUEST MORTGAGE CO., et al., Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000618; CIV. NO. 10-1-2441)

ORDER
(By: Nakayama, Acting C.J., Acoba, and Duffy, JJ.,
Circuit Judge Border, in place of Recktenwald, C.J., recused,
and Circuit Judge Garibaldi, in place of McKenna, J., recused)

Upon consideration of petitioner/defendant-appellant Glenn K. Mizukami's "motion pursuant [to] writ of certiorari to intermediate court of appeals to reverse 12/14/11 orders," filed on December 20, 2011, it appears that we lack jurisdiction to

consider the motion.  <u>See</u> HRS §§ 602-5(a)(1) (Supp. 2010) and 602-59(a) (Supp. 2010).  Therefore,

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawaiʻi, January 10, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Patrick W. Border

/s/ Colette Y. Garibaldi

